# Court of Appeals
# of the State of Georgia

ATLANTA,  July 30, 2021

*The Court of Appeals hereby passes the following order:*

## A22E0003.  JOSEPH B. MCCARTHY v. ANNIE J. ASHMENT.

Joseph B. McCarthy filed this emergency motion for an extension of time in which to file his application for discretionary review. Court of Appeals Rule 40 (b) authorizes this Court to grant emergency motions "[i]n the exercise of its inherent power." Pursuant to Rule 16 (c), "[r]equests for extensions of time to file discretionary applications must be directed to this Court and should be filed pursuant to Rule 40 (b), Emergency Motions." See also Rule 31 (i) ("[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date").

McCarthy's emergency motion for an extension of time in which to file an application for discretionary review, having been filed in accordance with this Court's rules and in the exercise of our discretion, is hereby GRANTED until August 16, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,*  07/30/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*